Entered: July 20th, 2023
Signed: July 20th, 2023
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **22–12472 – LSS**    Chapter: **13**

**Virgilio Hernandez Artiga**
Debtor

### ORDER OVERRULING TRUSTEE'S OBJECTION TO DEBTOR'S EXEMPTIONS

Upon reviewing the Trustee's Objection to Debtor's Exemptions [Dkt. No. 49] and the Debtor's Opposition [Dkt. No. 55], the Court has determined that no hearing is necessary and that the Trustee's Objection should be overruled.

In the Objection, the Trustee asserts that "Debtor seeks to exempt the $83,721 in the realty at 6419 Woodland Road, Suitland, Maryland." However, Debtor's claimed exemption was actually "100% of fair market value, up to any applicable statutory limit." Neither party disputes that the applicable statutory limit is $27,000.00. As such, Debtor is entitled to exempt up to $27,000.00 of his equity in the subject property. Based on the Court's interpretation of Debtor's Schedule C, Debtor has claimed nothing more. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Trustee's Objection to Debtor's Exemptions [Dkt. No. 49] is OVERRULED, Debtor's claimed exemption of up to $27,000.00 in 6419 Woodland Road, Suitland, Maryland is allowed.

cc:    Debtor
       Attorney for Debtor – Maurice Belmont VerStandig
       Case Trustee – Timothy P. Branigan

**End of Order**