|                                                             | RETAIN _____ |
|---|---|
| **Lori S. Simpson , U. S. BANKRUPTCY JUDGE**                | Evidentiary Hrg: Y N<br>Exhibits Filed: Y N |

PROCEEDING MEMO – CHAPTER 13

Date: 10/17/2023 Time: 02:00

**CASE: 22-12472 Virgilio Hernandez Artiga**

✓Jeffrey M. Orenstein and ✓Maurice Belmont VerStandig representing Virgilio Hernandez Artiga (Debtor)

___ T. Branigan ✓ __ K. Moulding
        representing Timothy P. Branigan (Trustee)

[65] Amended Chapter 13 Plan. Amount of Payments per Month: $30/150, Number of Months: 4/32 total term 36, Filed by Virgilio Hernandez Artiga. (Attachments: #s2 Matrix)(VerStandig, Maurice) Modified on 9/13/2023 (Sukeena, Todd).

**MOVANT** : Virgilio Hernandez Artiga BY M VerStandig

DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$____ Mos.___ Converted to Ch_____

Denied without/with leave to amend by:_____ Conf:_____ Dismissed

Continued to: _____

Other Matters: (List Paper No next to ruling)

|        | Granted | 65 | Sustained | ____ | Denied | ____ |
|---|---|---|---|---|---|---|
|        | Overruled | ____ | Withdrawn | ____ | Under Adv. | ____ |
|        | Moot | ____ | Consent | ____ | Dismissed | ____ |
|        | O.T.J. Fee | ____ |  |  |  |  |

DECISION:

   [ ] Signed by Court        [ ] Filed by Counsel
   [ ] To be prepared by:
      [ ] Movant's counsel     [ ] Court
      [ ] Respondent's counsel   [ ] Other _____

NOTES:
65 Plan confirmed with hold.  D to fix surrender dates, arrears claim of 130.00, dso and tax returns.
D testified as to value of house.