**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | |
|---|---|
| In re: | : |
| | : |
| VIRGILIO H. ARTIGA, | : Case No. 22-1-2472-LSS |
| | : Chapter 13 |
| Debtor. | : |
| | : |

**PRAECIPE REQUESTING ENTRY OF AN ORDER**
**DENYING CONFIRMATION WITHOUT LEAVE TO AMEND**
**FOR DEBTOR'S FAILURE TO FULFILL**
**CONDITION TO CONFIRMATION**

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case, requests the Court to enter an Order denying confirmation without leave to amend inasmuch as the Debtor has failed to file a properly amended plan within 14 days of the confirmation hearing held on October 17, 2023.

Respectfully submitted,

December 6, 2023

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, #301
Columbia, Maryland 21046
(410) 290-9120

**Certificate of Service**

      I hereby certify that the following persons are to be served electronically via the CM/ECF system:

Maurice B. Verstanding, Esq.
Jeffrey M. Orenstein, Esq.

      I caused a copy of the pleading above to be sent on December 6, 2023 by first-class U.S. mail, postage prepaid to:

Virgilio H. Artiga
6419 Woodland Road
Suitland, MD  20746

                                                 /s/ Timothy P. Branigan
                                                 Timothy P. Branigan (Fed. Bar No. 06295)