**VIRGILIO E. HERNANDEZ**
6419 WOODLAND RD.
SUITLAND, MD 20746-3420

247
68-7497/2560

November 17, 2023
DATE

PAY TO THE ORDER OF Timothy P. Branigan, chapter 13 trustee | $ 150.00

One Hundred Fifty Dollars — DOLLARS

**NAVY FEDERAL Credit Union**

FOR CASE NO: 23-1-2774-LSS

"001

Timothy P. Branigan
chapter 13 Trustee
P.O. Box 480
Memphis, TN 38101-0480

Virgilio Hernandez Attiga
6419 Woodland RD
Morningside MD 20746



VIRGILIO E. HERNANDEZ
6419 WOODLAND RD.
SUITLAND, MD 20746-3430

246
63-7437/2550

October 17, 2023
DATE

PAY TO THE ORDER OF Timothy P. Branigan, Chapter 13 trustee  $ 150 —

One Hundred Fifty Dollars —————— DOLLARS

NAVY FEDERAL Credit Union

FOR CASE NO: 23-1-2778-LSS

Timothy P. Branigan
Chapter 13 Trustee
P.O. Box 480
Memphis, TN 38101-0480

Hernandez_Artiga
oodland R
side MD 20746



Check #245 — Virgilio E. Hernandez, 0419 Woodland Rd., Suitland, MD 20746-3430. Dated September 19, 2023. Pay to the order of: Timothy P. Branigan, Chapter 13 trustee. $150.00 — One Hundred fifty Dollars. Navy Federal Credit Union. For CASE NO: 23-1-2778-LSS.

Envelope addressed to:
Timothy P. Branigan
Chapter 13 Trustee
P.O. Box 480
Memphis, TN 38101-0480

Return: under AFTiger RD MS 20746







Timothy P. Branigan
Chapter 13 Trustee
P.O. Box 480
Memphis, TN 38101-0480

Hernandez Astiga
1 Woodland Rd
ingside MD 20746