UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | : |
| | : |
| VIRGILIO H. ARTIGA, | : Case No. 22-1-2472-LSS |
| | : Chapter 13 |
| Debtor. | : |
| | : |

## PRAECIPE

Please withdraw the Praecipe Requesting Entry of an Order Denying Confirmation without Leave to Amend for Debtor's Failure to Fulfill Condition to Confirmation filed on December 6, 2023.

Respectfully submitted,

January 26, 2024

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, Suite 301
Columbia, MD  21046
(410) 290-9120

### Certificate of Service of Praecipe

I hereby certify that the following persons are to be served electronically via the CM/ECF system:

Maurice B. VerStandig, Esq.

I caused a copy of the pleading above to be sent on January 26, 2024 by first-class U.S. mail, postage prepaid to:

Virgilio H. Artiga
6419 Woodland Road
Suitland, MD  20746

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)