**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | |
|---|---|
| In re: | : |
| | : |
| **VIRGILIO H. ARTIGA**, | : Case No. 22-1-2472-LSS |
| | : Chapter 13 |
| Debtor(s). | : |
| | : |

### NOTICE THAT CHAPTER 13 PLAN BASE HAS BEEN MET
**(Discharge Should Not Be Entered at this Time)**

**PLEASE TAKE NOTICE** that the Chapter 13 plan base in the above-captioned case has been met, or all allowed claims have been paid in full.  A discharge pursuant to section 1328 of the Bankruptcy Code cannot be granted until the Debtor(s) file(s) the Debtor's Affidavit Requesting Discharge (Local Bankruptcy Form P) specified by Local Bankruptcy Rule 4008-1, the information contained in the affidavit is reviewed for sufficiency, and parties in interest have had an opportunity to object.

Respectfully submitted,

July 17, 2026

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, #301
Columbia, Maryland 21046
(410) 290-9120

**Certificate of Service**

I hereby certify that the following persons are to be served electronically via the CM/ECF system:

Jeffrey M. Orenstein, Esq.
Maurice B. VerStandig, Esq.

I caused a copy of the pleading above to be sent on July 20, 2026 by first-class U.S. mail, postage prepaid to:

Virgilio H. Artiga
6419 Woodland Road
Suitland, MD  20746

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)

- 2 -